# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 26, 2021

## NO. 03-19-00548-CV

**Byron Harper, Appellant**

**v.**

**PJC Air Conditioning and Plumbing, LLC
d/b/a Rabroker Air Conditioning & Plumbing, Appellee**

**APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND TRIANA
REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order granting summary judgment signed by the trial court on July 31, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. The trial court erred in granting summary judgment in favor of Rabroker. The Court reverses the trial court's order granting summary judgment in favor of Rabroker and remands the case to the trial court for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.